J. A. CALHOUN v. P. T. STIERS.

(Filed 1 March, 1939.)

APPEAL by defendant from *Clement, J.,* at Chambers, 9 November, 1938, of ROCKINGHAM. Reversed.

Motion in the cause to recall execution against the person of defendant. It was alleged that the execution was invalid as not having been issued pursuant to an affirmative finding by the jury upon a separate and distinct issue sufficient to justify an execution against the

person.   From a judgment dissolving the restraining order and direct-
ing the sheriff to proceed with execution against his person, the de-
fendant appealed.

*Glidewell & Glidewell and Sharp & Sharp for plaintiff.*
*Karl R. Massey for defendant.*

DEVIN, J.   The question presented by this appeal is similar to that
decided at this term in the case of *Crowder v. Stiers, ante,* 123.   Upon
authority of that case we hold there was error in dissolving the tempo-
rary restraining order, and that the defendant was entitled to have the
execution against his person recalled.   The judgment of the court
below is
Reversed.